DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In re Guardianship of Audrey M. Bourgeau,
an incapacitated person.

KELLY GENSLINGER,

Appellant,

v.

KIRK BOURGEAU, KAREN HINES, ALECIA LYONS, and
JEFFREY A. ALBINSON, ESQ.,

Appellees.

No. 2D2024-2844
_____

November 7, 2025

Appeal from the Circuit Court for Pinellas County; Sherwood Coleman, Judge.

Douglas G. Jackson of The Law Firm of Douglas G. Jackson, P.A., St. Petersburg, for Appellant.

Sheila M. Lake of Lake Law Firm, P.A., St. Petersburg, for Appellees Kirk Bourgeau and Karen Hines.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

LUCAS, C.J., and ROTHSTEIN-YOUAKIM and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.